WALTON & WALTON, LLP
L. RICHARD WALTON (SBN 226703)
rwalton@taxtriallawyers.com
13700 Marina Pointe Drive, Suite 920
Marina del Rey, California 90292
Telephone: (310) 363-7321
Facsimile: (310) 464-3057

*Attorneys for Plaintiff*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE KIMBLE,** an individual, | Case No. 2:23-cv-09420-HDV-KS |
| Plaintiff, | |
| v. | **STIPULATED JUDGMENT** |
| **FAITH MEDIA DISTRIBUTION, LLC**, a California Limited Liability Company; **FAITH MEDIA DISTRIBUTION, INC.**, a California Corporation; **YOLANDA HALLEY**, an individual; **IMANI HALLEY**, an individual; **DOES 1 through 10**, inclusive; and **ROES 11 through 20**, inclusive, | |
| Defendants. | |

The Court having considered the Stipulation for Entry of Judgment filed herein ("Stipulation"), and good cause appearing therefore, the Court finds as follows:

1. After reviewing the facts stipulated to above and as set forth in Plaintiff's

Complaint on file in this Court, Defendants Imani Halley, Faith Media Distribution, Inc., Faith Media Distribution, LLC, Yolanda Halley, Champagne, LLC, and Dynasty, Inc. made knowingly false representations to Plaintiff regarding payment her investment, which she reasonably relied upon in investing $1,501,667.00 with them.

2. As a direct and proximate result of said representations, Plaintiff was harmed in the amount of $1,501,667.00.

The Court therefore enters judgment in favor of Claire Kimble, and against Defendants Imani Halley, Faith Media Distribution, Inc., Faith Media Distribution, LLC, Yolanda Halley, Champagne, LLC, and Dynasty, Inc. in the amount of $1,501,667.00, less $ _0.00_ , which amount has been paid by Defendants, together with $_____ in prevailing party fees and costs for its reasonable fees and costs incurred in enforcing this Stipulated Judgment, consistent with the Settlement Agreement of the Parties herein, together with and $ _____ in interest.

IT IS SO FOUND, ORDERED, ADJUDGED, AND DECREED.

Dated: _April 30_ , 202_4_

Hon. _Hernán D. Vera_
Judge
United States District Court

---

8
**STIPULATED JUDGMENT**